**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>       Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC.,<br>VERIZON BUSINESS NETWORK<br>SERVICES, INC., VERIZON ENTERPRISE<br>SOLUTIONS, LLC, CELLCO<br>PARTNERSHIP D/B/A VERIZON<br>WIRELESS, INC., VERIZON DATA<br>SERVICES LLC, VERIZON BUSINESS<br>GLOBAL, LLC, AND VERIZON<br>SERVICES CORP.<br><br>       Defendants. | CIVIL ACTION NO. 2:20-cv-00030<br><br>JURY TRIAL DEMANDED |

## <u>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Huawei Technologies Co. Ltd. files this Corporate Disclosure Statement as follows:

Huawei Technologies Co. Ltd.'s direct parent corporation is Huawei Investment & Holding Co., Ltd. (China).  Huawei Investment & Holding Co., Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: February 5, 2020

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636

1

Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200, Dallas, TX 75201
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

*/s/ Gregory P. Love*
Gregory P. Love
State Bar No. 24013060
LOVE LAW FIRM
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444
Facsimile: (903) 392-2267
greg@lovetrialfirm.com

*Attorneys for Plaintiff Huawei Technologies Co. Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 5th day of February, 2020.  Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell