IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL, LLC, AND VERIZON SERVICES CORP. <br><br> Defendants. | CIVIL ACTION NO. 2:20-cv-00030 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD'S JURY DEMAND

Pursuant to Civil Rule CV-38(a), Plaintiff Huawei Technologies Co. Ltd. hereby files this Jury Demand demanding a jury for all issues so triable.

DATED: February 5, 2020

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas State Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.

        2121 N. Pearl St., Suite 1200, Dallas, TX 75201
        Dallas, Texas 75201
        Telephone: (214) 888-4848
        Facsimile: (214) 888-4849

        */s/ Gregory P. Love*
        Gregory P. Love
        State Bar No. 24013060
        LOVE LAW FIRM
        P.O. Box 948
        Henderson, Texas 75653
        Telephone: (903) 212-4444
        Facsimile: (903) 392-2267
        greg@lovetrialfirm.com

        *Attorneys for Plaintiff Huawei Technologies Co. Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 5th day of February, 2020.  Local Rule CV-5(a)(3)(A).

        */s/ Bradley W. Caldwell*
        Bradley W. Caldwell