AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Huawei Technologies Co. Ltd. <br><br> *Plaintiff(s)* <br> v. <br> Verizon Communications, Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global, LLC, and Verizon Services Corp. <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-00030 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Verizon Enterprise Solutions LLC
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bradley W. Caldwell
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 2/6/20

CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-00030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* VERIZON ENTERPRISE SOLUTIONS LLC
was received by me on *(date)* 02/06/2020

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* VERIZON ENTERPRISE SOLUTIONS LLC
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801   on *(date)* 02/06/2020 AT 12:30 PM _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/06/2020

*Server's signature*

KEVIN S. DUNN                                    PROCESS SERVER
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; ORIGINAL
COMPLAINT WITH EXHIBITS A-F

SWORN TO ME ON 02/06/2020

*[Notary stamp: DENORRIS ANGELO BRITT, NOTARY PUBLIC, STATE OF DELAWARE, My Commission Expires May 1, 2022]*