AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Huawei Technologies Co. Ltd. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  2:20-cv-00030 |
| Verizon Communications, Inc., Verizon Business Network Services, Inc., ) | |
| Verizon Enterprise Solutions LLC, Cellco Partnership d/b/a Verizon ) | |
| Wireless, Inc., Verizon Data Services LLC, Verizon Business  Global, LLC, ) | |
| and Verizon Services Corp. ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Verizon Services Corp.
c/o Registered Agent
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Bradley W. Caldwell
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____2/6/20_____

*David A. O'Toole*
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:20-cv-00030

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

** SEE ATTACHED
***AFFIDAVIT               _____
                                            *Printed name and title*


                                  _____
                                            *Server's address*

Additional information regarding attempted service, etc:

                              ** SEE ATTACHED
                              ***AFFIDAVIT**

Print          Save As...                                    Reset

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD | §<br>§<br>§ | |
| Plaintiff(s), | § | |
| v. | §<br>§ | Civil Action No. **2:20-CV-00030** |
| VERIZON COMMUNICATIONS, INC, ET AL | §<br>§ | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, February 6, 2020 at 10:40 AM,**
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **11:37 AM,** on **Thursday, February 6, 2020,**
by delivering to the within named:

### VERIZON SERVICES CORP

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By individually and personally delivering to **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

### SUMMONS IN A CIVIL ACTION and ORIGINAL COMPLAINT with EXHIBITS A THROUGH F attached

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Tracy Edwards** who after being duly sworn on oath states: "My name is **Tracy Edwards.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
**Tracy Edwards - PSC 1872 - Exp 03/31/20**
served@specialdelivery.com

STEVE L REED
Notary Public
STATE OF TEXAS
ID#500570-9
My Comm. Exp Feb 23, 2022

**Subscribed and Sworn to by Tracy Edwards, Before Me, the undersigned authority, on this _____day of February, 2020.**

_____
**Notary Public in and for the State of Texas**