**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | No. 2:20-cv-00030-JRG <br><br> JURY TRIAL DEMANDED |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER
<u>AND DISCOVERY ORDER</u>**

06890-00002/12177752.1

Plaintiff and Defendants hereby file this Joint Motion for Entry of Docket Control Order and Discovery Order. The parties have met and conferred and have agreed on the proposed orders attached hereto as Exhibit A and B. In the Docket Control Order, the parties respectfully request that the Court set the deadline for the parties' Reply Claim Construction brief for November 30, 2020. Under the Court's sample Docket Control Order, this deadline would fall on November 27, 2020, which is the Friday following Thanksgiving. The parties respectfully request to move that deadline by one business day so that the deadline does not fall during that holiday weekend. The parties respectfully request that the Court enter the proposed Docket Control Order and proposed Discovery Order as attached hereto.

Dated:  June 8, 2020

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
LOVE LAW FIRM
P.O. Box 948
Henderson, Texas 75653

        Telephone: (903) 212-4444

        *Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
       Charles Verhoeven
       charlesverhoeven@quinnemanuel.com
       Brian Mack
       brianmack@quinnemanuel.com
       QUINN EMANUEL URQUHART & SULLIVAN
       50 California Street, 22nd Floor
       San Francisco, California  94111-4788
       Telephone: 415-875-6600
       Fax: 415-875-6700

       Patrick Curran
       patrickcurran@quinnemanuel.com
       QUINN EMANUEL URQUHART & SULLIVAN
       111 Huntington Ave, Suite 520
       Boston, Massachusetts 02199
       Telephone: 617-712-7100
       Fax: 617-712-7200

       Deepa Acharya
       deepaacharya@quinnemanuel.com
       QUINN EMANUEL URQUHART & SULLIVAN
       1300 I Street NW, Suite 900
       Washington, D.C.  20005
       Telephone: 202-538-8000
       Fax: 202-538-8100

       Deron R. Dacus
       State Bar No.  00790553
       **The Dacus Firm, P.C.**
       821 ESE Loop 323, Suite 430
       Tyler, TX 75701
       Phone: (903) 705-1117
       Fax: (903) 581-2543
       ddacus@dacusfirm.com

       *Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc.,*

*Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 8th day of June, 2020.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell

06890-00002/12177752.1