# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | C.A. 2:20-cv-00030 <br><br> JURY |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

06890-00002/12191423.1

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

In accordance with the Court's Order dated April 17, 2020 (Dkt. 25) and the Court's Order extending the deadline for filing a proposed Protective Order, dated June 10, 2020 (Dkt. 38), Plaintiff Huawei Technologies Co. Ltd., Defendants Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, CellCo Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services, LLC, Verizon Business Global, LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc., and Counterclaim-Defendants Huawei Technology Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. (collectively, the "Parties"), move for entry of the attached Protective Order.

Dated:  June 15, 2020                          Respectfully submitted,


                                               By: */s/ Andrea Pallios Roberts*
                                                   Charles Verhoeven
                                                   charlesverhoeven@quinnemanuel.com
                                                   Brian Mack
                                                   brianmack@quinnemanuel.com
                                                   QUINN EMANUEL URQUHART & SULLIVAN
                                                   50 California Street, 22nd Floor
                                                   San Francisco, California  94111-4788
                                                   Telephone: 415-875-6600
                                                   Fax: 415-875-6700

                                                   Patrick Curran
                                                   patrickcurran@quinnemanuel.com
                                                   QUINN EMANUEL URQUHART & SULLIVAN
                                                   111 Huntington Ave, Suite 520
                                                   Boston, Massachusetts 02199
                                                   Telephone: 617-712-7100
                                                   Fax: 617-712-7200

                                                   Deepa Acharya
                                                   deepaacharya@quinnemanuel.com
                                                   QUINN EMANUEL URQUHART & SULLIVAN
                                                   1300 I Street NW, Suite 900

Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No.  00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com


*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*


*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
LOVE LAW FIRM
P.O. Box 948

        Henderson, Texas 75653
        Telephone: (903) 212-4444

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 15th day of June, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

        */s/ Andrea Pallios Roberts*
        Andrea Pallios Roberts