# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | C.A. 2:20-cv-00030-JRG <br><br> JURY |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

# JOINT MOTION FOR ENTRY OF ORDER REGARDING E-DISCOVERY

In accordance with the Court's Order dated June 10, 2020 (Dkt. 37), Plaintiff Huawei Technologies Co. Ltd., Defendants Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, CellCo Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services, LLC, Verizon Business Global, LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc., and Counterclaim-Defendants Huawei Technology Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. (collectively, the "Parties"), move for entry of the attached Order Regarding E-Discovery.

Dated:  June 26, 2020

Respectfully submitted,
By: */s/ Deron R. Dacus*
    Charles Verhoeven
    charlesverhoeven@quinnemanuel.com
    Brian Mack
    brianmack@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    50 California Street, 22nd Floor
    San Francisco, California  94111-4788
    Telephone: 415-875-6600
    Fax: 415-875-6700

    Patrick Curran
    patrickcurran@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    111 Huntington Ave, Suite 520
    Boston, Massachusetts 02199
    Telephone: 617-712-7100
    Fax: 617-712-7200

    Deepa Acharya
    deepaacharya@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN
    1300 I Street NW, Suite 900
    Washington, D.C.  20005
    Telephone: 202-538-8000
    Fax: 202-538-8100

Deron R. Dacus
State Bar No.  00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com


*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc*.


<u>/s/ Justin Nemunaitis</u>
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
LOVE LAW FIRM
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of June, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*
Deron R. Dacus