# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br><br> Defendants. <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court is the Joint Motion to Amend the Docket Control Order (the "Motion") filed by Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc., and Futurewei

Technologies Inc. ("Huawei"), and Verizon Business Network Services, LLC, Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. ("Verizon") (collectively, the "Parties"). (Dkt. No. 58). In the Motion, the Parties request the extension of certain deadlines governing claim construction.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the following deadlines are in effect until further Order of this Court:

- Deadline to Complete Claim Construction Expert Depositions (if any): **November 18, 2020**

- Deadline to Submit (if any) Remaining P.R. 4-3(b) Disclosures: **November 6, 2020**

- Deadline to Submit (if any) P.R. 4-3(b) Disclosures as to Expert Opinions on Why Terms are Indefinite: **October 16, 2020**

So ORDERED and SIGNED this 2nd day of October, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE