# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § Plaintiff, § § v. § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § Defendants. § ──────────────────────────── § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § Counterclaim-Plaintiffs, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § Counterclaim-Defendants. § | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court is Verizon's Unopposed Motion for Leave to Supplement and Correct the

Record to Verizon's Reply in Support of Its Motion for Entry of Order Focusing Patent Claims and Prior Art to Reduce Costs (the "Motion"). (Dkt. No. 67). In the Motion, Verizon requests leave to file a supplement to its Reply to correct an error made when describing the parties' non-infringement contentions.

Having considered the Motion, and noting that it is unopposed, the Court finds it should be and hereby is **GRANTED**. Verizon is granted leave to file a supplement to its Reply in support of its Motion for Entry of Order Focusing Patent Claims and Prior Art to Reduce Costs.

**So ORDERED and SIGNED this 21st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE