IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br> Defendants. <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | CIVIL ACTION NO.  2:20-CV-00030-JRG |

**ORDER APPOINTING TECHNICAL ADVISOR**

The Court hereby appoints Mr. Don Tiller as the Court's technical advisor in this case with

his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Tiller's contact information is as follows:

>Don Tiller
>D. Tiller Law PLLC
>2501 Parkview Drive, Suite 312
>Fort Worth, TX 76102
>www.dtillerlawpllc.com
>office: 817-928-4361
>mobile: 817-875-7052
>don.tiller@dtillerlawpllc.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") no later than one business day after their filing in PDF form to don.tiller@dtillerlawpllc.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 22nd day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE