IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br>                    Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br>                    Defendants. <br> _____ <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br>          Counterclaim-Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br>          Counterclaim-Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court is Huawei's Unopposed Motion for Leave to Amend its Invalidity Contentions (the "Motion"). (Dkt. No. 89). In the Motion, Plaintiffs-Counterclaim Defendants

2

Huawei Technologies Co., Ltd., Huawei Technologies U.S.A., Inc. and Futurewei Technologies Inc. (collectively, "Huawei") requests leave to amend their invalidity contentions as set forth in Exhibits A1–A17, B1–B17, C1 and C2 to the Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Huawei is **ORDERED** to serve its amended invalidity contentions on the Counterclaim Plaintiffs as set forth in Exhibits A1–A17, B1–B17, C1 and C2 to the Motion within three (3) days.

**So ORDERED and SIGNED this 12th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE