# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:20-CV-00030-JRG |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. | § § § § § § § § § § § | |
| Defendants. | § § § | |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. | § § § § § § § § | |
| Counterclaim-Plaintiffs, | § § | |
| v. | § § | |
| HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. | § § § § | |
| Counterclaim-Defendants. | § § | |

## **ORDER**

Before the Court is Verizon's Unopposed Motion to Convert In Person Claim Construction Hearing to Videoconference (the "Motion"). (Dkt. No. 105). In the Motion, Verizon requests that

the claim construction hearing in this case scheduled for December 18, 2020 be converted from an in-person proceeding to a videoconference proceeding. Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.

Additionally, the Court hereby **RESETS** the *Markman* hearing in the above-captioned case from 9:00 a.m. CT Friday, December 18, 2020 to **1:30 p.m. CT on Thursday, December 17, 2020 via videoconference**.

Additionally, the Court **SETS** the following motions for hearing at **9:00 a.m. CT on Thursday, December 17, 2020 via videoconference**: Verizon's Motion to Compel Huawei's Production of Documents (Dkt. No. 53); Motion for Entry of Order Focusing Patent Claims and Prior Art to Reduce Costs (Dkt. No. 57); Fujitsu Network Communications, Inc's Motion to Quash and to Stay Deposition Pending Ruling on Motion (Dkt. No. 69); and Huawei's Motion to Strike Verizon's Eleventh Affirmative Defense, to Dismiss Defendant's Counterclaims of Unfair Competition and Fraud, or in the Alternative, for More Definite Statement (Dkt. No. 77).

So **ORDERED** and **SIGNED** this 8th day of December, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE