## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br><br> Defendants. <br><br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

The Court issues this Order *sua sponte*. On December 9, 2020, Defendants' filed two Motions to Compel (Dkt. Nos. 115, 116). Several other motions are set for hearing on

December 17, 2020. To promote judicial efficiency, the Court hereby **SETS** Defendants' Motions to Compel (Dkt. No. 115, 116) for hearing via videoconference at **9:00 a.m. CT on Thursday, December 17, 2020**. Accordingly, any responsive briefing to such Motions to Compel is hereby **expedited** such that any responsive briefing shall be due not later than **5:00 p.m. CT on Monday, December 14, 2020**.

**So ORDERED and SIGNED this 10th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE