IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. et al.<br><br>*Defendants*. | No. 2:20-cv-00030-JRG |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al.<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.,<br><br>*Counterclaim-Defendants*. | |

**VERIZON'S NOTICE TO THE COURT WITHDRAWING MOTION TO COMPEL EMAIL PRODUCTION (DKT. 116)**

Verizon Communications, Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. (collectively "Verizon") file this Notice ("Notice") to the Court Withdrawing Motion to Compel Email Production. Verizon will separately file an additional notice in accordance with the Court's rules addressing other motions presently set for hearing on December 17, 2020.

In support of this Notice, Verizon shows the Court as follows:

1. On December 9, 2020 Verizon filed its Motion to Compel Email Production ("Motion"). *See* Dkt. No. 116.

2. Verizon's Motion is presently set for hearing on December 17, 2020 at 9 a.m. *See* Dkt. No. 117.

3. By way of this Notice, Verizon hereby: (i) notifies the Court that Verizon and Huawei have recently reached agreement on the matters subject of Verizon's Motion, including an agreement on (a) search terms Huawei will run in connection with email discovery and (b) a joint scheduling proposal that the parties will submit separately for the Court's consideration, which will not impact the trial date and will propose adjustments to certain dates to ensure an orderly progression of fact and expert discovery and facilitate a focused and streamlined presentation of issues to the Court in *Daubert* and summary judgment filings; (ii) withdraws its Motion from the Court's docket; and (iii) respectfully requests that the Court therefore cancel the December 17, 2020 hearing on the Motion (Dkt. No. 116).

DATED:  December 14, 2020   Respectfully submitted,

By: */s/ Deron R. Dacus*
Charles Verhoeven
charlesverhoeven@quinnemanuel.com
Brian Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Patrick Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
1300 I Street NW, Suite 900
Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

E. Glenn Thames Jr.
State Bar No. 00785097
Potter Minton P.C.
110 North College, Suite 500
Tyler TX  75702
Phone: (903)-525-2219
Fax: (903) 593-0846
glennthames@potterminton.com

2

*Attorneys for Verizon Business Network Services, Inc., Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic notification on December 14, 2020.

*/s/ Deron R. Dacus*
Deron R. Dacus