IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. et al.<br><br>*Defendants*. | No. 2:20-cv-00030-JRG |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al.<br><br>*Counterclaim-Plaintiffs*,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.,<br><br>*Counterclaim-Defendants*. | |

**FUJITSU NETWORK COMMUNICATIONS, INC.'S NOTICE TO THE COURT WITHDRAWING MOTION TO QUASH AND TO STAY DEPOSITION PENDING RULING ON MOTION**

Non-Party Fujitsu Network Communications, Inc. ("FNC") files this Notice ("Notice") to the Court Withdrawing Motion to Quash and to Stay Deposition Pending Ruling on Motion.  In support thereof, FNC shows the Court as follows:

1. On October 16, 2020 FNC filed its Motion to Quash and to Stay Deposition Pending Ruling on Motion ("Motion").  *See* Dkt. No. 69.

2. FNC's Motion is presently set for hearing on December 17, 2020 at 9 a.m.  *See* Dkt. No. 113.

3. By way of this Notice, FNC hereby: (i) notifies the Court that FNC and Huawei Technologies Co., Ltd. ("Huawei") have recently reached agreement on the matters subject of FNC's Motion, such that the Motion is no longer ripe for the Court's consideration; (ii) withdraws its Motion from the Court's docket; and (iii) respectfully requests that the Court therefore cancel the December 17, 2020 hearing on the same.

DATED: December 14, 2020   Respectfully submitted,

*/s/Jared D. Eisenberg*
Eric W. Pinker, P.C.
Texas Bar No. 16016550
epinker@lynnllp.com
Jared Eisenberg
Texas Bar No. 24092382
jeisenberg@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Phone: 214-981-3800

**COUNSEL FOR FUJITSU NETWORK COMMUNICATIONS, INC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic notification on December 14, 2020.

*/s/Jared D. Eisenberg*
Jared D. Eisenberg