# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § Plaintiff, § § v. § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § Defendants. § ──────────────────────────────── § § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § Counterclaim-Plaintiffs, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § Counterclaim-Defendants. § | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court is Verizon's Unopposed Motion Withdrawing its Motion to Compel Email Production (the "Motion") filed by Verizon Communications, Inc., Verizon Business

Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. (collectively "Verizon"). (Dkt. No. 124). In the Motion, Verizon represents that the parties have reached an agreement and requests that its Motion to Compel Email Production (Dkt. No. 116) be withdrawn.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Verizon's Motion to Compel Email Production (Dkt. No. 116) is **WITHDRAWN** and is no longer set for hearing on Thursday, December 17, 2020.

**So ORDERED and SIGNED this 16th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE