**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:20-cv-30-JRG |
| | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| ET AL | § | |

**MOTION HEARING MINUTES (VIDEO)
HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP**
December 17, 2020

**OPEN:  9:04 a.m.**                                                                      **ADJOURN: 10:40 a.m.**

| ATTORNEYS FOR PLAINTIFF: | Greg Love<br>Jason Cassady<br>Austin Curry<br>Mark Ziegelbein<br>Steven Geizler |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus<br>Patrick Curran<br>Charles Verhoeven<br>Brian Mack<br>Deepa Acharya<br>Brett Watkins<br>Patrick Stafford<br>Glenn Thames<br>Mike Holden<br>Sanjeev Mehta<br>Chris Miller<br>Jack Minnear |
| LAW CLERK: | Adrienne Dellinger |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:04 a.m. | Counsel for the parties announced ready for hearing. |
| | The Court heard argument on Huawei's Motion to Strike Verizon's Eleventh Affirmative Defense, to Dismiss Defendants' Counterclaims of Unfair Competition and Fraud, or in the Alternative, for More Definite Statement (Dkt. No. 77).  Mr. Curry argued for Plaintiff.  Mr. Curran argued for Defendants.  The Court DENIED the Motion to Strike and Ordered Verizon to make a more definite statement within three weeks. |

| TIME | MINUTES |
|---|---|
| 9:46 a.m. | The Court heard argument on Verizon's Motion to Compel Huawei's Production of Documents (Dkt. No. 53).  Mr. Dacus argued on behalf of Defendants.  Mr. Love argued on behalf of Plaintiff.  The Court GRANTED The Motion As To Categories 177, 178 and 180. |
| 10:16 a.m. | The Court addressed the Motion for Order Focusing Patent Claims and Prior Art by Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Business Global, LLC, Verizon Business Network Services, Inc., Verizon Communications, Inc., Verizon Data Services LLC, Verizon Enterprise Solutions, LLC, Verizon Patent and Licensing Inc., Verizon Services Corp. (Dkt. No. 57) Counsel indicated that the parties had reached agreement on this Motion.  Mr. Cassady spoke on behalf of Plaintiff.  Mr. Dacus spoke on behalf of Defendants. |
| 10:18 a.m. | The Court addressed Fujitsu Network Communications, Inc.'s Motion to Quash and to Stay Deposition Pending Ruling on Motion (Dkt. No. 69).  Mr. Cassady indicated that this issue was resolved. |
| 10:19 a.m. | The Court heard argument on the Motion to Compel Futurewei Discovery by Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Business Global, LLC, Verizon Business Network Services, Inc., Verizon Communications, Inc., Verizon Data Services LLC, Verizon Enterprise Solutions, LLC, Verizon Patent and Licensing Inc., Verizon Services Corp. Mr. Dacus spoke on behalf of Verizon (Dkt. No. 115).  Mr. Dacus argued on behalf of Defendants.  Mr. Cassady argued on behalf of Plaintiff.  The Court DENIED the motion without prejudice.  Futurewei 30(b)(6) deposition ORDERED. |
| 10:39 a.m. | The Court addressed claim construction argument.  Hearing to begin at 1:00 p.m. |
| 10:40 a.m. | Court adjourned. |