# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br>    Plaintiff, <br>  v. <br><br> VERIZON COMMUNICATIONS, INC., et al. <br><br>    Defendants. | No. 2:20-cv-030-JRG <br><br> Jury Trial Demanded |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al. <br><br>    Counterclaim-Plaintiffs, <br>  v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., et al. <br><br>    Counterclaim-Defendants. | |

**UPDATED JOINT PRE-MARKMAN REPORT OF TERMS TO ARGUE, AGREED CONSTRUCTIONS, AND TERMS AGREED TO BE SUBMITTED ON THE BRIEFING**

Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. ("Huawei"), and Verizon Business Network Services, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. ("Verizon"), respectfully submit this updated Report for the Markman Hearing scheduled for December 17, 2020 to notify the Court of (1) the identification of the arguing attorneys for each disputed term to be argued; (2) the parties' additional agreement on claim terms; and (3) the parties' agreement to submit certain claim term disputes on the briefing.

## A. TERMS TO ARGUE

The parties identify the following terms and arguing attorneys for argument at the Markman hearing:

| '433 Patent Terms And Attorneys | | | | |
|---|---|---|---|---|
| No. | Claims | Claim Term | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 1 | 1, 6 10, 14 | "data blocks containing data only" / "data block group containing data blocks only" | Justin Nemunaitis | Deepa Acharya |
| 2 | 1, 6 | "control block buffer" / "data block buffer" | Justin Nemunaitis | Deepa Acharya |

| '151 Patent Terms And Attorneys | | | | |
|---|---|---|---|---|
| No. | Claims | Claim Term | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 7 | 1, 7 | "the mapping the single low-rate traffic signal to the single low-rate traffic OPU is performed using a General Framing Procedure (GFP) or other adaptation | Justin Nemunaitis | Deepa Acharya |

1

|    |    |                |                      |                      |
|----|----|----------------|----------------------|----------------------|
|    |    | protocols "    |                      |                      |
| 12 | 1, 6 | "rate rank"  | Justin Nemunaitis    | Deepa Acharya        |

| '982 Patent Terms And Attorneys ||||| 
|-----|--------|-------------|----------------------|----------------------|
| No. | Claims | Claim Term  | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 19  | 1      | "time slot" | Justin Nemunaitis    | Patrick Stafford     |

| '236 Patent Terms And Attorneys ||||| 
|-----|-----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------|----------------------|
| No. | Claims    | Claim Term                                                                                                                                                        | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 22  | 1-15      | "client signal byte number Cn"                                                                                                                                    | Hamad Hamad          | Charles Verhoeven    |
| 23  | 1-3, 7-9, 15 | "if the Cn transported in the OTN frame needs to be [increased / decreased]" / "the Cn transported in the OTN frame doesn't need to be increased or decreased" | Hamad Hamad          | Charles Verhoeven    |

| '505 Patent Terms And Attorneys ||||| 
|-----|--------|---------------------------------------------------------------------|----------------------|----------------------|
| No. | Claims | Claim Term                                                          | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 30  | 1-4    | "Optical Channel Data Tributary Unit (ODTU) [frame]"/"ODTU [frame]" | Hamad Hamad          | Charles Verhoeven    |
| 32  | 2, 3   | "n-bit data units" / "n indicating the number of the multiple OPUk TSs" | Hamad Hamad      | Charles Verhoeven    |

| '253 Patent Terms And Attorneys ||||| 
|-----|---------|----------------------|----------------------|----------------------|
| No. | Claims  | Claim Term           | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 36  | 1, 4, 6, | "judging . . . whether | Alexander Waldrop  | Brett Watkins        |

2

| | 9, 14 | the identifier contained in the fault alarm message is different from a fault identifier record stored in the second node" (claim 1)<br><br>"judge . . . whether the identifier extracted from the fault alarm message is different from the fault information stored in the fault information storing module" (claim 4)<br><br>"judge . . . whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the second node" (claim 6)<br><br>"determining . . . whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the first node" (claim 9)<br><br>"determine whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the first node" (claim 14) | | |

| '111 Patent Terms And Attorneys | | | | |
|---|---|---|---|---|
| No. | Claims | Claim Term | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 47 | 6, 12, 16, 22, 26, 30 | "wherein the first time stamp comprises information reflecting a round trip delay of the network" (6, 16, 22, 30)<br><br>"wherein the information of the first time stamp reflects a round trip delay of a network" (12)<br><br>"wherein the information reflects a round trip delay of a network;" (1, 26) | Seth Reich | Brian Mack |

| '288 Patent Terms And Attorneys | | | | |
|---|---|---|---|---|
| No. | Claims | Claim Term | Huawei's Attorney(s) | Verizon's Attorney(s) |
| 59 | 1, 12 | "wherein the first time stamp was inserted into one of a frame alignment overhead portion, an optical channel transporting unit overhead portion, an optical channel data unit overhead portion, and an optical channel payload unit overhead portion of a first overhead of a first optical transport | Seth Reich | Brian Mack |

4

|    |    |    |    |    |
|----|----|----|----|----|
|    |    | unit frame based on at least a characteristic of the first time stamp" |    |    |
| 60 | 6  | "transmitting the first time stamp associated with the first location inserted into one of a frame alignment overhead portion, an optical channel transporting unit overhead portion, an optical channel data unit overhead portion, and an optical channel payload unit overhead portion of a first overhead of a first optical transport unit frame based on at least a characteristic of the first time stamp to a second location via a network" | Seth Reich | Brian Mack |
| 61 | 16, 26, 30 | "wherein the first time stamp is inserted into one of the frame alignment overhead portion, the optical channel transporting unit overhead portion, the optical channel data unit overhead portion, and the optical channel payload unit overhead portion of the first overhead of the first optical transport unit frame based on at least a | Seth Reich | Brian Mack |

5

| | | | | |
|---|---|---|---|---|
| | | characteristic of the first time stamp" | | |
| 62 | 22 | "wherein the first time stamp is inserted into the one of the frame alignment overhead portion, the optical channel transporting unit overhead portion, the optical channel data unit overhead portion, and the optical channel payload unit overhead portion of the first overhead of the first optical transport unit frame based on at least a characteristic of the first time stamp" | Seth Reich | Brian Mack |

B. **AGREED TERMS**

The parties agree on the construction of the following claim terms:

| '236 Patent Agreed Terms | | | |
|---|---|---|---|
| **No.** | **Claims** | **Claim Term** | **Agreed Construction** |
| 24 | 1-12, 15 | "revers[e/ing] … values of [a/the] [first / second] series of bit positions" / "values of a [first / second] series of bit positions…are reversed" / "values of a first series or a second series of bit positions … aren't reversed" | No construction necessary. |
| 25 | 1-12, 15 | "[a/the] first series of bit positions" / "[a/the] second series of bit positions" | No construction is necessary. The parties agree that the first series of bit positions and second series of bit positions are distinct. |

| 26 | 2, 3, 5, 8, 9, 11, 13, 14 | "[whether] the [client signal byte number] Cn exceeds [a/the] range [of client signal byte number]" | whether the client signal byte number Cn is higher than a maximum value of Cn or lower than a minimum value of Cn, which depend upon the client signal type |
|---|---|---|---|
| 27 | 3, 9 | " identifying the Cn is normal in a first area in an optical channel payload unit-k (OPUk) overhead field of the OTN frame" | identifying, in a first area in an optical channel payload unit-k (OPUk) overhead field of the OTN frame, that the Cn value falls in a range between the minimum value and the maximum value of the acquired client signal Cn, which represents that the client signal type born by the current OPUk remains unchanged, and it is still the client signal type born by the previous OPUk |
| 28 | 1-3, 7-9, 13-15 | "generat[e/ing] a client signal byte number Cn transported in an OTN frame period according to [a/the] client signal clock and a system clock" / "computing the Cn transported in the OTN frame period according to a client signal clock and a system clock" | generat[e/ing] a client signal byte number Cn transported in an OTN frame period according to a value or rate of [a/the] client signal clock and a value or rate of a system clock  computing the Cn transported in the OTN frame period according to a value or rate of a client signal clock and a value or rate of a system clock |

| '151 Patent Agreed Term |||| 
|---|---|---|---|
| No. | Claims | Claim Term | Agreed Construction |
| 8 | 1-13 | "low-rate traffic" | traffic rates less than 2.5 Gbps |

| '505 Patent Agreed Term ||||
|---|---|---|---|
| No. | Claims | Claim Term | Agreed Construction |
| 31 | 1-4 | "determining a quantity of n-bit data units of the client signal based on a clock of the client signal and a local clock" | determining a quantity of n-bit data units of the client signal based on a value or rate of a clock of the client signal and a value or rate of a local clock |
| 34 | 1-4 | "mapping each byte of the second ODTU frame to at least one Optical Channel Payload Unit-k | No construction necessary. |

7

|   |   | Tributary Slot (OPUk TS)" | The parties agree that one byte is eight bits. |
|---|---|---|---|

| '111 Patent Agreed Term | | | |
|---|---|---|---|
| No. | Claims | Claim Term | Agreed Construction |
| 48 | 30 | "processing the second time stamp associated with the second location to measure a round trip delay of the network" | "processing the second time stamp associated with the second location to measure the round trip delay of the network" |
| 49 | 6, 16, 22, 30 | "generating a first time stamp associated with the first location"<br><br>"a generating module to generate a first time stamp associated with the first location" | "generating a first time stamp associated with a first location"<br><br>"a generating module to generate a first time stamp associated with a first location" |

| '288 Patent Agreed Term | | | |
|---|---|---|---|
| No. | Claims | Claim Term | Agreed Construction |
| 56 | 6 | "generating a first time stamp associated with the first location" | "generating a first time stamp associated with a first location" |

8

## C. TERMS SUBMITTED ON THE BRIEFING

The parties further agree to submit the following claim terms on the briefing and forego argument before the Court during the scheduled Markman hearing:

| '433 Patent Terms Submitted on the Briefing | | |
|---|---|---|
| No. | Claims | Claim Term |
| 3 | 1 | Method Steps:<br>"placing the control blocks into a control block buffer as a control block group, setting a first identifier to identify the control block group, setting a second identifier to identify a last control block in the control block group, and placing the data blocks, as a data block group, into a data block buffer;<br><br>setting a third identifier by using four bits of each control block to identify a block type of each of the control blocks; and<br><br>setting a fourth identifier by using a space smaller than or equal to three bits of each control block to identify positions of each of the control blocks in the N 66B coding blocks." |

| '151 Patent Terms Submitted on the Briefing | | |
|---|---|---|
| No. | Claims | Claim Term |
| 9 | 1 | "transmitting the ODUk via the OTN" / "Transmitting a low-rate traffic signal in an Optical Transport Network (OTN)" |
| 13 | 7-13 | "adapted to" |
| 14 | 12 | "configured to" |

| '982 Patent Terms Submitted on the Briefing | | |
|---|---|---|
| No. | Claims | Claim Term |
| 15 | 1, 5, 9, 12 | "in groups of M bytes" |
| 16 | 1, 5, 9, 12 | "Lower Order Optical Channel Data Unit (LO ODU) signal" |
| 17 | 1, 5, 9, 12 | "Higher Order Optical Channel Payload Unit (HO OPU) signal" |
| 18 | 1, 5 | "[encapsulating / encapsulate] overhead information to an overhead area of the ODTU signal" |
| 20 | 4-5, 8-9, 11-12, 14 | "tributary slot" |
| 21 | 1, 4, 5, 8- | "Optical Channel Data Tributary Unit (ODTU) signal" |

|   | 14 |   |
|---|----|---|

| '505 Patent Terms Submitted on the Briefing |||
|---|---|---|
| No. | Claims | Claim Term |
| 33 | 1-4 | "Optical Channel Payload Unit-k Tributary Slot (OPUk TS)" |

| '253 Patent Terms Submitted on the Briefing |||
|---|---|---|
| No. | Claims | Claim Term |
| 37 | 4, 6, 14 | "configured to" |
| 38 | 12 | "null" |

| '485 Patent Terms Submitted on the Briefing |||
|---|---|---|
| No. | Claims | Claim Term |
| 44 | 8, 10 | "a link where a normally blocked port locates" |
| 45 | 8 | "Automatic Protection Switching (APS) packet in Ethernet protection switching mechanism" |

| '111 Patent Terms Submitted on the Briefing |||
|---|---|---|
| No. | Claims | Claim Term |
| 50 | 4, 5, 8, 9, 14, 15, 18, 19, 29, 33 | "digital wrapping circuit" |

| '288 Patent Terms Submitted on the Briefing |||
|---|---|---|
| No. | Claims | Claim Term |
| 57 | 4, 5, 8, 9, 14, 15, 18, 19, 29, 33 | "digital wrapping circuit" |

The parties also agree to submit terms having disputes involving section 112 ¶ 6 on the briefing, which include the following:

| Terms having dispute involving section 112 ¶ 6 ||||
|---|---|---|---|
| No. | Patent | Claims | Claim Term |
| 4 | '433 | 6, 14 | "an acquisition unit configured to acquire N 66B coding blocks each of which contains 64B"<br><br>"an acquisition unit configured to acquire a (64*N+1)B coding |

10

| | | | |
|---|---|---|---|
| | | | block" |
| | | | "a position recovery subunit configured to recover the control blocks to their positions in the N 66B coding blocks" |
| 5 | '433 | 6, 14 | "a conversion unit configured to encode the acquired N 66B coding blocks into a (64*N+1)B coding block" |
| | | | "a decoding subunit configured to decode the N 66B coding blocks to obtain data blocks containing data only and different types of control blocks each of which contains at least one control characters" |
| | | | "a conversion unit configured to decode the (64*N+1)B coding block to recover N 66B coding blocks each of which contains 64B" |
| | | | "a decoding subunit configured to decode the (64*N+1)B coding block to obtain a first identifier for identifying a control block group, a second identifier for identifying a last control block in the control block group, a third identifier for identifying the positions of the control blocks in the N 66B coding blocks, and a fourth identifier for identifying a block type of each of the control blocks" |
| 6 | '433 | 6, 14 | "a control block group discrimination subunit configured to place the control blocks into a control block buffer as a control block group, set a first identifier to identify the control block group, set a second identifier to identify a last control block in the control block group, and place the data blocks, as a data block group, into a data block buffer" |
| | | | "a type discrimination subunit configured to set a third identifier by using four bits to identify a block type of each of the control blocks" |
| | | | "a position discrimination subunit configured to set a fourth identifier" |
| | | | "a control block group determination subunit configured to determine the control block group and a data block group containing data blocks only" |
| | | | "a control block type determination subunit configured to determine a type of each of the control blocks in the N 66B coding blocks" |
| 29 | '236 | 7-12 | "an acquiring unit" / |

11

| | | | |
|---|---|---|---|
| | | | "a client signal byte number Cn generating unit" / <br> "a first processing unit" / <br> "a second processing unit" / <br> "a determining unit" / <br> "an identifying unit" / <br> "a determining unit" / <br> "a filling unit" / <br> "a parsing unit" / <br> "a restoring unit" |
| 35 | '505 | 3, 4 | "a first unit configured to …" / <br> "a second unit configured to …" / <br> "a third unit configured to …" / <br> "a fourth unit configured to …" / <br> "a fifth unit configured to …" / <br> "a sixth unit configured to …" / <br><br> "wherein the first unit, second unit, third unit, fourth unit, fifth unit and sixth unit are structural entities collectively comprising one or more processors instructed by one or more software programs" |
| 39 | '253 | 4 | "an alarm message processing module, configured to: receive a fault alarm message; forward the fault alarm message downstream; extract, from the received fault alarm message, an identifier indicating a second node that detects a link fault occurring in a link connected to a port of the second node; and send the identifier to a judging module" |
| 40 | '253 | 4 | "a fault information storing module, configured to store fault information which includes a collection of identifiers of received fault alarm messages" |
| 41 | '253 | 4 | "the judging module, configured to: judge, according to the identifier extracted from the received fault alarm message and the fault information stored in the fault information storing module, whether the identifier extracted from the fault alarm message is different from the fault information stored in the fault information storing module; and if the identifier extracted from the fault alarm message is different from the fault information stored in the fault information storing module, instruct a forwarding table flushing module to clear a forwarding table of the first node in which the ring protection apparatus locates" |
| 42 | '253 | 14 | "a first module, configured to determine whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the first node" |
| 43 | '253 | 14 | "a second module, configured to clear a forwarding table of the first node if the identifier contained in the fault alarm message is |

12

| | | | different from the fault identifier record stored in the first node" |
|---|---|---|---|
| 51 | '111 | 23-25 | "A non-transitory computer readable storage media comprising code to perform the acts of the method of claim [1/6/22]." |
| 52 | '111 | 12, 16 | "receiving module" |
| 53 | '111 | 12, 16, 20 | "processing module" |
| 54 | '111 | 12, 16 | "generating module" |
| 55 | '111 | 12, 14-16, 18, 19 | "transmission module" |
| 58 | '288 | 23-25 | "A non-transitory computer readable storage media comprising code to perform the acts of the method of claim [1/6/22]." |
| 63 | '288 | 12, 16 | "receiving module" |
| 64 | '288 | 12, 16, 20 | "processing module" |
| 65 | '288 | 12, 16 | "generating module" |
| 66 | '288 | 12, 14-16, 18, 19 | "transmission module" |

Dated: December 17, 2020                                  Respectfully submitted,

*/s Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
LOVE LAW FIRM
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*


*/s/ Deepa Acharya*
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Fax: 202-538-8100

Charles Verhoeven
charlesverhoeven@quinnemanuel.com

14

Brian Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Patrick Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on December 17, 2020. Local Rule CV-5(a)(3)(A).

*/s/ Jason D. Cassady*
Jason D. Cassady