# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § § | |
| v. § § Case No. 2:20-cv-30-JRG § § | |
| VERIZON COMMUNICATIONS, INC., § ET AL § | |

**MARKMAN HEARING MINUTES (VIDEO)**
**HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP**
December 17, 2020

**OPEN: 1:12 p.m.**                                                                                **ADJOURN: 4:27 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Greg Love<br>Justin Nemunaitis<br>Hamad Hamad<br>Seth Wright<br>Alex Waldrop<br>Steven Geizler |
| ATTORNEYS FOR DEFENDANTS: | Deron Dacus<br>Charles Verhoeven<br>Deepa Archarya<br>Brian Mack<br>Brian Watkins<br>Pat Stafford<br>Patrick Curran<br>Michael Holden<br>Mark Zeigelbein<br>David Barkan<br>Sanjeev Mehata<br>Norman Minnear |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERK: | Adrienne Dellinger |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:00 a.m. | Court opened counsel announced ready for hearing |
| | The Court heard argument on "data blocks containing data only" / "data block group containing data blocks only". Ms. Archarya argued for Defendant. Mr. Nemunaitis argued for Plaintiff.('433) |
| | The Court heard argument on "control block buffer" / "data block buffer". Ms. Archarya argued for Defendants. Mr. Nemunaitis argued for Plaintiff. |

| TIME | MINUTES |
|---|---|
|  | The Court heard argument on "the mapping the single low-rate traffic signal to the single low-rate traffic OPU is performed using a General Framing Procedure (GFP) or other adaptation protocols " Ms. Archarya argued for Defendants.  Mr. Nemunaitis argued for Plaintiff. ('151) |
|  | The Court heard argument on "rate rank".   Ms. Archarya argued for Defendants.   Mr. Nemunaitis argued for Plaintiff. ('151) |
| 2:08 p.m. | The Court heard argument on "time slot".   Mr. Stafford argued on behalf of Defendants.  Mr. Nemunaitis argued on behalf of Plaintiff. ('982) |
|  | The Court heard argument on "client signal byte number Cn".  Mr. Hamad argued for Plaintiff.  Mr. Verhoeven argued for Defendants. ('236). |
| 2:40 p.m. | The Court heard argument on "if the Cn transported in the OTN frame needs to be [increased / decreased]" / "the Cn transported in the OTN frame doesn't need to be increased or decreased". ('236)   Mr. Verhoeven argued for Defendants.  Mr. Hamad argued for Plaintiff. |
| 2:53 p.m. | Recess for 10 minutes. |
| 3:05 p.m. | The Court heard argument on "Optical Channel Data Tributary Unit (ODTU) [frame]"/"ODTU [frame]"   Mr. Hamad argued for Plaintiff.  Mr. Verhoeven argued for Defendants.('505). |
|  | The Court heard argument on "n-bit data units" / n indicating the number of the multiple OPUk TSs" ('505)   Mr. Hamad argued for Plaintiff.   Mr. Verhoeven argued for Defendants. |
|  | The Court heard argument on "judging . . . whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the second node" (claim 1)<br><br>"judge . . . whether the identifier extracted from the fault alarm message is different from the fault information stored in the fault information storing module" (claim 4)<br><br>"judge . . . whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the second node" (claim 6)<br><br>"determining . . . whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the first node" (claim 9)<br><br>"determine whether the identifier contained in the fault alarm message is different from a fault identifier record stored in the first node" (claim 14) ('253).<br><br>Mr. Watkins argued on behalf of Defendants.  Mr. Waldrop argued for Plaintiff. |
| 3:50 p.m. | The Court heard argument on "wherein the first time stamp comprises information reflecting a round trip delay of the network" ('111)<br>(6, 16, 22, 30)<br><br> "wherein the information of the first time stamp reflects a round trip delay of a network" (12)('288)<br><br>"wherein the information reflects a round trip delay of a network;"<br>(1, 26) ('111).  Mr. Reich argued for Plaintiff.  Mr. Mack argued for Defendant. ('288) |
| 4:24 p.m. | The Court took all disputed terms under submission. |
| 4:27 p.m. | Court adjourned. |