IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § § Plaintiff, § § v. § § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § Defendants. § ──────────────────────────── § § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § Counterclaim-Plaintiffs, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § Counterclaim-Defendants. § | CIVIL ACTION NO.  2:20-CV-00030-JRG |

## **ORDER**

The Court issues this Order *sua sponte*. The Court hereby **SETS** the following motions for

hearing on **Wednesday, February 3, 2021 at 1:30 p.m.** in-person in Marshall, Texas: Verizon's

2

Motion to Compel Huawei's Production of Licensing and FRAND-Related Documents (Dkt. No. 128); Huawei's Motion to Compel Source Code Production (Dkt. No. 148); Huawei's Motion to Compel Source Code Production (Dkt. No. 161); and Huawei's Motion to Compel Verizon's Responses to Interrogatories No. 16 and 17 (Dkt. No. 165). The parties are **ORDERED** to arrive at the Courthouse in Marshall and directly meet and confer starting at **9:00 a.m. CT** until disputes are resolved or until 1:30 p.m. CT, whichever occurs first. Furthermore, the briefing schedule for Huawei's Motion to Compel Verizon's Responses to Interrogatories No. 16 and 17 (Dkt. No. 165) is hereby **EXPEDITED**. Any responsive briefing shall be filed no later than **5:00 p.m. CT on Monday, February 1, 2021**.

So **ORDERED and SIGNED** this 26th day of January, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE