IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br> Defendants. <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court are Huawei's Notice of Withdrawal of Motion to Compel Source Code

Production [DKT. 148] (Dkt. No. 170) and Huawei's Notice of Withdrawal of Motion to Compel

Source Code Production [DKT. 161] (Dkt. No. 171) (collectively, the "Notices") filed by Plaintiff Huawei Technologies Co. Ltd. ("Huawei"). In the Notices, Huawei purports to withdraw two Motions to Compel (Dkt. Nos. 148, 161) it previously filed.

Having considered the Notices, the Court **ACCEPTS AND ACKNOWLEDGES** that Huawei's Motions to Compel (Dkt. Nos. 148, 161) are hereby **WITHDRAWN**.

**So ORDERED and SIGNED this 1st day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE