**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO.  2:20-CV-00030-JRG |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. | § § § § § § § § § § § | |
| Defendants. | § § § | |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. | § § § § § § § § | |
| Counterclaim-Plaintiffs, | § § | |
| v. | § § | |
| HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. | § § § § | |
| Counterclaim-Defendants. | § § | |

**<u>ORDER</u>**

Before the Court is the Joint Motion to Dismiss All Claims and Defenses Related to U.S. Patent No. 9, 270,485 (the "Motion") filed by Plaintiff Huawei Technologies Co. Ltd. ("Huawei")

and Defendants Verizon Communications Inc. ("Verizon Communications"), Verizon Business Network Services, Inc. ("Verizon Business Network"), Verizon Enterprise Solutions, LLC ("Verizon Enterprise"), Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), Verizon Data Services LLC ("Verizon Data Services"), Verizon Business Global LLC ("Verizon Business Global"), Verizon Services Corp. ("Verizon Services"), and Verizon Patent and Licensing Inc. (collectively, "Verizon"). (Dkt. No. 175). In the Motion, Huawei moves to dismiss with prejudice its claims of infringement of U.S. Patent No. 9,270,485 and Verizon moves to dismiss without prejudice its defenses and counterclaims related to U.S. Patent No. 9,270,485, only to the extent those defenses and counterclaims relate to U.S. Patent No. 9,270,485.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, Huawei's claims of infringement of U.S. Patent No. 9,270,485 are **DISMISSED WITH PREJUDICE**, and Verizon's defenses and counterclaims related to U.S. Patent No. 9,270,485, but only to the extent those defenses and counterclaims relate to U.S. Patent No. 9,270,485, are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 2nd day of February, 2021.**

	_____
	RODNEY GILSTRAP
	UNITED STATES DISTRICT JUDGE