**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>   Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC.<br><br>   Defendants.<br><br>VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC.<br><br>   Counterclaim-Plaintiffs,<br><br> v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC.<br><br>   Counterclaim-Defendants. | No. 2:20-cv-00030-JRG<br><br><br>JURY TRIAL DEMANDED |

**JOINT REPORT REGARDING MEET AND CONFER**

Pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, the parties file this Joint Report and hereby notify the Court as follows:

Huawei's Motions to Compel Source Code Production [Dkt. 148] and [Dkt. 161] have been withdrawn.

Counsel for Huawei, Greg Love and Jason Cassady, met and conferred with counsel for Verizon, Deron Dacus and Charles Verhoeven, on Friday January 29th, and again on Monday, February 1st regarding Verizon's Motion to Compel Huawei's Production of Licensing and Frand-Related Documents [Dkt. 128] and Huawei's Motion to Compel Verizon's Responses to Interrogatories No. 16 and 17 [Dkt. 165]. The parties have continued to confer over email as well. The parties were unable to reach an agreement on the pending motions. The parties will continue to confer on the issues as ordered by the Court, commencing at 9:00 am on February 3, 2021.

Dated: February 2, 2021

Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201

Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
 Charles Verhoeven
 charlesverhoeven@quinnemanuel.com
 Brian Mack
 brianmack@quinnemanuel.com
 **QUINN EMANUEL URQUHART & SULLIVAN**
 50 California Street, 22nd Floor
 San Francisco, California  94111-4788
 Telephone: 415-875-6600
 Fax: 415-875-6700

 Patrick Curran
 patrickcurran@quinnemanuel.com
 **QUINN EMANUEL URQUHART & SULLIVAN**
 111 Huntington Ave, Suite 520
 Boston, Massachusetts 02199
 Telephone: 617-712-7100
 Fax: 617-712-7200

 Deepa Acharya
 deepaacharya@quinnemanuel.com

3

**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 2nd day of February, 2021.

   */s/ Jason D. Cassady*
   Jason D. Cassady