**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, AND VERIZON SERVICES CORP. <br><br> Defendants. | C.A. 2:20-cv-00030-JRG |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

**JOINT NOTICE OF WITHDRAWAL OF MOTIONS TO COMPEL, DKTS. 128 AND 165**

Defendants and Counterclaimants Verizon Business Network Services, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc., and Defendant Verizon Communications Inc. (collectively "Verizon"), along with Plaintiffs and Counterclaim-Defendants Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. ("Huawei") file this Joint Notice of Withdrawal of Motions to Compel listed at Dkts. 128 and 165.

Counsel for Huawei, Greg Love and Jason Cassady, met and conferred with counsel for Verizon, Deron Dacus, Charles Verhoeven, and Kevin Hardy, on Wednesday, February 3, 2021, and agreed as follows with respect to the above-referenced motions:

With respect to Dkt. 128, Huawei agrees to produce all witness statements, sworn testimony, deposition and trial/hearing transcripts, including all exhibits to such testimony, of RAND/FRAND witnesses in Huawei's litigations, including arbitrations, with Unwired Planet, InterDigital, Ericsson, PanOptis, and Samsung.  Verizon agrees i) Huawei can redact or otherwise remove all third party confidential information, and ii) to confirm the production of all witness statements, sworn testimony, deposition and trial/hearing transcripts, including all exhibits to such testimony, of RAND/FRAND witnesses in Verizon's litigations.  Huawei's agreement to produce such documents resolves the issues between the parties as to Dkt. 128.

With respect to Dkt. 168, Verizon agrees to supplement its responses to Interrogatories Nos. 16 and 17 by including the following language in its responses:  "During the parties' pre-suit negotiations, Verizon did not have a contention regarding a specific (F)RAND rate or other specific (F)RAND terms and conditions for a license to Huawei optical transport patents.  As of today, Verizon does not have a contention regarding a specific (F)RAND rate or other specific

(F)RAND terms and conditions for a license to Huawei optical transport patents." Verizon's agreement to supplement its responses in this way resolves the issues between the parties as to Dkt. 168.

Based on the foregoing, the parties hereby withdraw the Motions to Compel listed at Dkts. 128 and 165.

Dated:  February 3, 2021						Respectfully submitted,


											By: /s/ Charles Verhoeven
											Charles Verhoeven
											charlesverhoeven@quinnemanuel.com
											Brian Mack
											brianmack@quinnemanuel.com
											QUINN EMANUEL URQUHART & SULLIVAN
											50 California Street, 22nd Floor
											San Francisco, California  94111-4788
											Telephone: 415-875-6600
											Fax: 415-875-6700

											Patrick Curran
											patrickcurran@quinnemanuel.com
											QUINN EMANUEL URQUHART & SULLIVAN
											111 Huntington Ave, Suite 520
											Boston, Massachusetts 02199
											Telephone: 617-712-7100
											Fax: 617-712-7200

											Kevin Hardy
											kevinhardy@quinnemanuel.com
											Deepa Acharya
											deepaacharya@quinnemanuel.com
											QUINN EMANUEL URQUHART & SULLIVAN
											1300 I Street NW, Suite 900
											Washington, D.C.  20005
											Telephone: 202-538-8000
											Fax: 202-538-8100

											*Attorneys for Verizon Business Network Services, Inc., Cellco Partnership D/B/A*

*Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

By: */s/ John* Austin Curry
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2021 the foregoing document was served via ECF on all counsel of record.

                                                                              By: */s/ John Austin Curry*
                                                                                      John Austin Curry