**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | |
| Plaintiff, | |
| v. | |
| VERIZON COMMUNICATIONS, INC., et al. | **No. 2:20-cv-030-JRG** |
| Defendants. | Jury Trial Demanded |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al. | |
| Counterclaim-Plaintiffs, | |
| v. | |
| HUAWEI TECHNOLOGIES CO. LTD., et al. | |
| Counterclaim-Defendants. | |

**JOINT NOTICE REGARDING STATUS OF MOTIONS**

Plaintiffs and Counterclaim-Defendants Huawei Technologies Co. Ltd., Huawei

Technologies USA, Inc., and Futurewei Technologies Inc. ("Huawei"), along with Defendants

and Counterclaimants Verizon Business Network Services, Inc., Cellco Partnership d/b/a

Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services

Corp., and Verizon Patent and Licensing Inc., and Defendant Verizon Communications Inc.

(collectively "Verizon"), file this Joint Notice Regarding Status of Motions.

Counsel for Huawei, Greg Love and Jason Cassady, met and conferred with counsel for Verizon, Deron Dacus, and Charles Verhoeven, on Wednesday, February 3 and Friday, February 5, 2021, and agreed as follows with respect to the above-referenced motions:

With respect to Dkt. 182, Huawei agrees to supplement interrogatory No. 9  based on the evidence produced and made available during discovery as to the claim limitations that Verizon identified for Huawei on February 3.  Verizon has agreed to withdraw this motion.

With respect to Dkt. 184, Huawei agrees to provide a witness on Verizon's Rule 30(b)(6) Notice Topics 27-31, 46 (as it relates to Verizon's Interrogatory No. 40), 84 (as it related to marketing), 85-86, and 92. Verizon withdraws its motion as to those issues in its motion.

With respect to Dkt. 185, Huawei confirmed that it has no emails relevant to the issues set forth in Verizon's Motion.  Based on that representation, Verizon has withdrawn the motion.

With respect to Dkt. 186, Verizon agrees to provide documents sufficient to show the interface between Verizon's cellular network and Verizon's OTN and a witness to testify about that discovery.  In addition, Verizon also agrees to produce financial information regarding Verizon's cellular network.  In exchange, Huawei has withdrawn the motion, but it reserves the right to move to preclude Verizon from relying on information beyond what was disclosed during fact discovery.

With respect to Dkt. 187, Verizon has withdrawn the motion, but it reserves its right to move to preclude Huawei from relying on information beyond what was disclosed in its calculation of the rate at issue in this motion.

Based on the foregoing, the parties hereby withdraw the motions listed at Dkts. 182, 184, 185, 186 and 187.

Dated:  February 8, 2021              Respectfully submitted,

By: */s/ Jason D. Cassady*
      Bradley W. Caldwell
      Texas Bar No. 24040630
      Email: bcaldwell@caldwellcc.com
      Jason D. Cassady
      Texas Bar No. 24045625
      Email: jcassady@caldwellcc.com
      John Austin Curry
      Texas Bar No. 24059636
      Email: acurry@caldwellcc.com
      Justin Nemunaitis
      Texas Bar No. 24065815
      Email: jnemunaitis@caldwellcc.com
      **CALDWELL CASSADY CURRY P.C.**
      2121 N. Pearl St., Suite 1200
      Dallas, Texas 75201
      Telephone: (214) 888-4848

      Gregory P. Love
      Texas Bar No. 24013060
      greg@lovetrialfirm.com
      **LOVE LAW FIRM**
      P.O. Box 948
      Henderson, Texas 75653
      Telephone: (903) 212-4444

      David M. Barkan
      California Bar No. 160825
      barkan@fr.com
      **FISH & RICHARDSON P.C.**
      500 Arguello Street, Suite 500
      Redwood City, CA 94063
      Telephone: (650) 839-5070

      *Attorneys for Plaintiff Huawei Technologies*
      *Co. Ltd., and Counterclaim Defendants*
      *Huawei Technologies USA, Inc., and*
      *Futurewei Technologies, Inc.*

By: */s/ Charles Verhoeven*
      Charles Verhoeven
      charlesverhoeven@quinnemanuel.com

Brian Mack
brianmack@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Patrick Curran
patrickcurran@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Kevin Hardy
kevinhardy@quinnemanuel.com
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
1300 I Street NW, Suite 900
Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

*Attorneys for Verizon Business Network
Services, Inc., Cellco Partnership D/B/A
Verizon Wireless, Verizon Data Services LLC,
Verizon Business Global LLC, Verizon Services
Corp., and Verizon Patent and Licensing Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2021 the foregoing document was served via ECF on all counsel of record.

By: *<u>/s/ Jason D.  Cassady</u>*
Jason D. Cassady