**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | No. 2:20-cv-00030-JRG <br><br><br> JURY TRIAL DEMANDED |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

**<u>JOINT NOTICE REGARDING DKT. 183</u>**

Pursuant to the Court's Order [Dkt. 204], the parties file this Joint Notice regarding the status of Verizon's Motion to Compel Huawei's Production of Documents [Dkt. 183] and hereby notify the Court as follows:

Counsel for Huawei, Greg Love and Jason Cassady, have met and conferred with counsel for Verizon, Deon Dacus, Charles Verhoven, and Andrea Roberts numerous times since Verizon filed its Motion To Compel Huawei's Production Of Documents [Dkt. 183] on February 2, 2021. The parties have continued to confer over email as well. The parties have made significant progress in coming to an agreement for over 500 documents at issue leaving approximately 100 documents from Huawei's privilege log in dispute. The parties jointly and humbly request the Court allow an additional week[1] to further negotiate the matter to hopefully resolve the dispute entirely without the need for Court intervention.

Huawei's response to Verizon's Motion To Compel Huawei's Production Of Documents [Dkt. 183] is due Wednesday, February 17, 2021. For efficiency purposes and to avoid wasting resources, the parties request the Court extend this deadline one week to Wednesday, February 24, 2021.

Dated:  February 12, 2021                                      Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com

---

[1] Huawei is currently in the midst of Chinese New Year, so the parties agree that a one week extension is appropriate to respect the celebration while allowing for open and meaningful negotiations.

2

Case 2:20-cv-00030-JRG Document 213 Filed 02/12/21 Page 3 of 4 PageID #: 16908

Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
    Charles Verhoeven
    charlesverhoeven@quinnemanuel.com
    Brian Mack
    brianmack@quinnemanuel.com
    **QUINN EMANUEL URQUHART & SULLIVAN**
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone: 415-875-6600
    Fax: 415-875-6700

    Patrick Curran
    patrickcurran@quinnemanuel.com
    **QUINN EMANUEL URQUHART & SULLIVAN**
    111 Huntington Ave, Suite 520

3

Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, Suite 900
Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No.  00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 12th day of February, 2021.

*/s/ Jason D. Cassady*
Jason D. Cassady