IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § Plaintiff, § § v. § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § Defendants. § ──────────────────────────── § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § Counterclaim-Plaintiffs, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § Counterclaim-Defendants. § | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## **ORDER**

Before the Court is the Joint Notice Regarding Dkt. 183 (the "Notice"). (Dkt. No. 213). In

the Notice, the parties request an additional week to negotiate the resolution of Verizon's Motion

to Compel Huawei's Production of Documents. (Dkt. No. 183). Additionally, to facilitate such negotiations, the parties request an extension of the deadline for Huawei to respond to February 24, 2021.

Having considered the Notice, and noting its joint nature, the Court finds that the requested relief should be and hereby is **GRANTED**. Accordingly, the parties may negotiate the resolution of Verizon's Motion to Compel Huawei's Production of Documents (Dkt. No. 183) for an additional week, and Huawei's deadline to respond to Verizon's Motion to Compel is **extended** to **February 24, 2021**. The parties are **ORDERED** to indicate by joint notice filed herein the status of Verizon's Motion to Compel Huawei's Production of Documents (Dkt. No. 183) by or before **12:00 p.m. CT on Friday, February 19, 2021**. The parties should not take this extension as an indication that additional extensions will be granted as freely or at all.

So ORDERED and SIGNED this 12th day of February, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE