# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:20-CV-00030-JRG |
| | § | |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. | § § § § § § § § § § § | |
| Defendants. | § § | |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. | § § § § § § § § | |
| Counterclaim-Plaintiffs, | § § | |
| v. | § § | |
| HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. | § § § § | |
| Counterclaim-Defendants. | § § | |

# **ORDER**

Before the Court is the Agreed Motion to Amend Docket Control Order (the "Motion"). (Dkt. No. 215). In the Motion, the parties request an extension of time to complete burden and

rebuttal expert reports.

Having considered the Motion, and noting its agreed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the following deadlines are in effect until further Order of this Court:

- Deadline to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof: **February 18, 2021**

- Deadline to Serve Disclosures for Rebuttal Expert Witnesses: **March 15, 2021**

So ORDERED and SIGNED this 16th day of February, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE