# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | No. 2:20-cv-00030-JRG <br><br><br> JURY TRIAL DEMANDED |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

**<u>JOINT NOTICE REGARDING DKT. 183</u>**

06890-00002/12567651.1

Pursuant to the Court's Order [Dkt. 214], the parties file this Joint Notice regarding the status of Verizon's Motion to Compel Huawei's Production of Documents [Dkt. 183] and hereby notify the Court as follows:

Counsel for Huawei, Greg Love and Jason Cassady, have met and conferred with counsel for Verizon, Deron Dacus, Charles Verhoeven, Patrick Curran, and Andrea Roberts, numerous times since Verizon filed its Motion To Compel Huawei's Production Of Documents [Dkt. 183] on February 2, 2021. The parties have continued to confer over email as well. The parties have made significant progress in coming to an agreement for the 709 documents that were at issue in Verizon's motion. Of the approximate 112 documents that were still at issue as of the parties' February 12, 2021 Joint Status Report, the parties have resolved an additional 23 documents, and approximately 43 more pending further review, and are hopeful to resolve the remainder without the need for Court intervention. The parties are continuing to discuss these remaining documents. Given that Huawei's counsel experienced significant hardship this week with the Texas state-wide power outages and water shortages, and because Huawei is in the midst of the Chinese New Year celebration, the parties jointly and humbly request the Court extend the time for the parties to engage in additional fact-finding and negotiation to Wednesday, February 24, 2021. Accordingly, for efficiency purposes and to avoid wasting resources, the parties further request the Court extend Huawei's deadline to respond to Verizon's Motion To Compel Huawei's Production Of Documents [Dkt. 183] to Friday, February 26, 2021.

Dated:  February 19, 2021                                                  Respectfully submitted,

                                      */s/ Jason D. Cassady*
                                      Bradley W. Caldwell
                                      Texas Bar No. 24040630
                                      Email: bcaldwell@caldwellcc.com

       Jason D. Cassady
       Texas Bar No. 24045625
       Email: jcassady@caldwellcc.com
       John Austin Curry
       Texas Bar No. 24059636
       Email: acurry@caldwellcc.com
       Justin Nemunaitis
       Texas Bar No. 24065815
       Email: jnemunaitis@caldwellcc.com
       **CALDWELL CASSADY CURRY P.C.**
       2121 N. Pearl St., Suite 1200
       Dallas, Texas 75201
       Telephone: (214) 888-4848

       Gregory P. Love
       Texas Bar No. 24013060
       greg@lovetrialfirm.com
       **LOVE LAW FIRM**
       P.O. Box 948
       Henderson, Texas 75653
       Telephone: (903) 212-4444

       David M. Barkan
       California Bar No. 160825
       barkan@fr.com
       **FISH & RICHARDSON P.C.**
       500 Arguello Street, Suite 500
       Redwood City, CA 94063
       Telephone: (650) 839-5070

       *Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
       Charles Verhoeven
       charlesverhoeven@quinnemanuel.com
       Brian Mack
       brianmack@quinnemanuel.com
       **QUINN EMANUEL URQUHART & SULLIVAN**
       50 California Street, 22nd Floor
       San Francisco, California  94111-4788
       Telephone: 415-875-6600

Fax: 415-875-6700

Patrick Curran
patrickcurran@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, Suite 900
Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No.  00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 19th day of February, 2021.

> */s/ Jason D. Cassady*
> Jason D. Cassady