IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  2:20-CV-00030-JRG |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| VERIZON BUSINESS NETWORK | § | |
| SERVICES, INC., VERIZON ENTERPRISE | § | |
| SOLUTIONS, LLC, CELLCO | § | |
| PARTNERSHIP D/B/A VERIZON | § | |
| WIRELESS, INC., VERIZON DATA | § | |
| SERVICES LLC, VERIZON BUSINESS | § | |
| GLOBAL LLC, VERIZON SERVICES | § | |
| CORP. | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |
| | § | |
| VERIZON BUSINESS NETWORK | § | |
| SERVICES, INC., CELLCO PARTNERSHIP | § | |
| D/B/A VERIZON WIRELESS, VERIZON | § | |
| DATA SERVICES LLC, VERIZON | § | |
| BUSINESS GLOBAL LLC, VERIZON | § | |
| SERVICES CORP., AND VERIZON | § | |
| PATENT AND LICENSING INC. | § | |
| | § | |
| Counterclaim-Plaintiffs, | § | |
| v. | § | |
| | § | |
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| HUAWEI TECHNOLOGIES USA, INC., | § | |
| AND FUTUREWEI TECHNOLOGIES INC. | § | |
| | § | |
| Counterclaim-Defendants. | § | |

## **ORDER**

Before the Court is the Joint Notice Regarding Dkt. 183 (the "Joint Notice"). (Dkt.

No. 217). In the Joint Notice, the parties request an extension of time to negotiate the issues still

pending in Dkt. No. 183 to February 24, 2021, and an extension of the deadline for Huawei to respond to Verizon's Motion to Compel (Dkt. No. 183) to February 26, 2021.

Having considered the requests in the Joint Notice, the Court finds that they should be and hereby are **GRANTED**. Accordingly, the deadline for the parties to negotiate the remaining issues in Verizon's Motion to Compel (Dkt. No. 183) is **extended** to **February 24, 2021**, and the deadline for Huawei to respond to Verizon's Motion to Compel (Dkt. No. 183) is **extended** to **February 26, 2021**.

**So ORDERED and SIGNED this 22nd day of February, 2021.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE