# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC.<br><br>    Defendants. | No. 2:20-cv-00030-JRG<br><br>JURY TRIAL DEMANDED |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC.<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC.<br><br>    Counterclaim-Defendants. | |

## **JOINT NOTICE REGARDING DKT. 183**

Pursuant to the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, the parties file this Joint Notice regarding the status of Verizon's Motion to Compel Huawei's Production of Documents [Dkt. 183] and hereby notify the Court as follows:

Counsel for Huawei, Greg Love and Jason Cassady, have met and conferred with counsel for Verizon, Deron Dacus, Charles Verhoeven, Patrick Curran, and Andrea Roberts, numerous times since Verizon filed its Motion to Compel Huawei's Production of Documents [Dkt. 183] on February 2, 2021. The parties have continued to confer over email as well. The parties have made significant progress in coming to an agreement for 665 documents that were at issue in Verizon's motion. Huawei and Verizon are at an impasse on the remaining 44 documents. Nonetheless, the parties continue to conduct discussions. The entries on Huawei's privilege log that remain in dispute are: 140, 141, 142, 164, 165, 166, 167, 168, 170, 171, 227, 256, 257, 284, 285, 289, 302, 444, 445, 446, 449, 574, 580, 616, 701, 714, 723, 740, 741, 742, 743, 744, 745, 746, 749, 754, 755, 756, 757, 758, 759, 762, 763, and 764.

Dated:  March 7, 2021                              Respectfully submitted,

                                                                */s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**

2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
Telephone: (903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
   Charles Verhoeven
   charlesverhoeven@quinnemanuel.com
   Brian Mack
   brianmack@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN**
   50 California Street, 22nd Floor
   San Francisco, California  94111-4788
   Telephone: 415-875-6600
   Fax: 415-875-6700

   Patrick Curran
   patrickcurran@quinnemanuel.com
   **QUINN EMANUEL URQUHART & SULLIVAN**
   111 Huntington Ave, Suite 520
   Boston, Massachusetts 02199
   Telephone: 617-712-7100
   Fax: 617-712-7200

Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 7th day of March, 2021.

> */s/ Jason D. Cassady*
> Jason D. Cassady