# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD. § | |
| § | |
| § | |
| v. § | Case No. 2:20-cv-30-JRG |
| § | |
| § | |
| VERIZON COMMUNICATIONS, INC., § | |
| ET AL § | |

## MOTION HEARING MINUTES
## HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### March 8, 2021

**OPEN: 12:09 PM**                                                                                 **ADJOURN: 12: 16 PM**

| ATTORNEYS FOR PLAINTIFF: | Jason Cassady<br>Steven Geiszler<br>Greg Love<br>Bailey Blaies<br>Haley Grissom |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | Charles Verhoeven<br>Deron Dacus |
| LAW CLERK: | Adrienne Dellinger |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 12:09 PM | Court opened. Counsel for the parties appeared and announced ready for hearing re: Verizon's Motion to Compel Huawei's Production of Documents (Dkt. No 183). |
| 12:10 PM | Counsel for Verizon, Mr. Dacus, provided a status report to the Court re: the meet and confer session between Plaintiff and Defendants re: Dkt. No. 183. |
| 12:14 PM | Counsel for Verizon—Mr. Dacus, read into the record the following documents the parties have agreed will not be produced: Documents 741, 742, 743, 758, 759, 171 and 580.   Mr Dacus and Mr. Love (counsel for Huawei) confirmed the agreement. Mr. Dacus informed the Court that Verizon will withdraw its Motion to Compel Huawei's Production of Documents (Dkt. No. 183) as the disputes have been resolved by agreement of the parties. |
| 12:16 PM | Court adjourned. |