# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § *Plaintiff*, § § v. § § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § *Defendants*. § _____ § § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § *Counterclaim-Plaintiffs*, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § *Counterclaim-* § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## ORDER

Before the Court is Verizon's Unopposed Motion to Withdraw Motion for Partial Summary Judgment on Huawei's Claims of RAND Rights Forfeiture/Repudiation (Dkt. No. 328) (the "Motion") filed by Defendants and Counterclaim-Plaintiffs Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing, Inc. (collectively, "Verizon"). In the Motion, Verizon requests the court withdraw its Motion for Partial Summary Judgment on Huawei's Claims of RAND Rights Forfeiture/Repudiation (Dkt. No. 259) because it is moot in light of the parties' stipulation of dismissal of the relevant claim and affirmative defense (Dkt. No. 294).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Verizon's Motion for Partial Summary Judgment on Huawei's Claims of RAND Rights Forfeiture/Repudiation (Dkt. No. 259) is **WITHDRAWN**.

So ORDERED and SIGNED this 26th day of April, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE