IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.<br>    *Plaintiffs*, | §<br>§<br>§ |
| v. | § CASE NO.  2:20-cv-00030-JRG |
| | § |
| VERIZON COMMUNICATIONS, INC. et al<br>    *Defendants*. | §<br>§<br>§ |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, May 4, 2021, between Plaintiff, Huawei Technologies Co., Ltd., and defendants, Verizon Communications, Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global, LLC, Verizon Services Corp., Verizon Patent and Licensing Inc. The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 6th day of May 2021.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of May 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom

28834006v.1 141408/00849