# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § *Plaintiff*, § § v. § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § *Defendants*. § _____ § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § *Counterclaim-Plaintiffs*, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § *Counterclaim-* § *Defendants*. | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## ORDER

Before the Court is the Joint Motion to Amend Docket Control Order filed by Plaintiff Huawei Technologies Co. Ltd. ("Huawei") (Dkt. No. 399) (the "Motion"). In the Motion, Huawei requests an extension of the deadline to submit the Jury Questionnaire until May 24, 2021, to provide the parties additional time to meet and confer to streamline issues and reduce the number of disputes.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' deadline to submit the Jury Questionnaire is **extended** until **May 24, 2021**.

**So ORDERED and SIGNED this 19th day of May, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE