# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> § <br> VERIZON COMMUNICATIONS, INC., § <br> VERIZON BUSINESS NETWORK § <br> SERVICES, INC., VERIZON ENTERPRISE § <br> SOLUTIONS, LLC, CELLCO § <br> PARTNERSHIP D/B/A VERIZON § <br> WIRELESS, INC., VERIZON DATA § <br> SERVICES LLC, VERIZON BUSINESS § <br> GLOBAL LLC, VERIZON SERVICES § <br> CORP. § <br> *Defendants*. § <br> ──────────────────────────── § <br> § <br> VERIZON BUSINESS NETWORK § <br> SERVICES, INC., CELLCO PARTNERSHIP § <br> D/B/A VERIZON WIRELESS, VERIZON § <br> DATA SERVICES LLC, VERIZON § <br> BUSINESS GLOBAL LLC, VERIZON § <br> SERVICES CORP., AND VERIZON § <br> PATENT AND LICENSING INC. § <br> § <br> *Counterclaim-Plaintiffs*, § <br> v. § <br> § <br> HUAWEI TECHNOLOGIES CO. LTD., § <br> HUAWEI TECHNOLOGIES USA, INC., § <br> AND FUTUREWEI TECHNOLOGIES INC. § <br> § <br> *Counterclaim-* § <br> *Defendants*. § | **CIVIL ACTION NO. 2:20-CV-00030-JRG** |

## MOTION HEARING MINUTES
## HELD BEFORE DISTRICT JUDGE RODNEY GILSTRAP
### June 2, 2021

**OPEN:** 10:03 AM                                                                 **ADJOURN:** 11:32 AM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERK: | Thomas Derbish |
| COURT REPORTER: | Ed Reed, CSR |
| COURTROOM DEPUTY: | Andrea Brunson |

| TIME | MINUTES |
|---|---|
| 10:03 AM | Court opened. Counsel for the parties appeared and announced ready for hearing. (By telephonic means, Ms. Goldstein appeared and announced ready for hearing.) |
| 10:04 AM | Huawei's Motion for Clarification (Dkt. No. 246). |
| 10:06 AM | On behalf of Plaintiff Huawei, Mr. Love made a request to the Court re: the sealing of the courtroom and the transcript of today's proceedings. Court heard responsive argument from Mr. Dacus on behalf of Defendant Verizon. Court GRANTED-IN-PART and DENIED-IN-PART Plaintiff's request. |
| 10:17 AM | **Courtroom sealed.** |
| 10:18 AM | Mr. Love argued on behalf of Plaintiff Huawei. |
| 10:28 AM | **Courtroom unsealed.** |
| 10:28 AM | Mr. Love continued argument on behalf of Plaintiff Huawei. |
| 10:36 AM | Mr. Bales provided argument on behalf of Plaintiff Huawei. |
| 10:56 AM | Mr. Love continued argument on behalf of Plaintiff Huawei. |
| 11:08 AM | Responsive argument by Mr. Dacus on behalf of Defendant Verizon. |
| 11:17 AM | Responsive statement interjected by Mr. Verhoeven on behalf of Defendant Verizon. |
| 11:17 AM | Responsive argument by Mr. Dacus on behalf of Defendant Verizon, continued. |
| 11:18 AM | Completion of arguments. |
| 11:19 AM | Court DENIED Huawei's Motion for Clarification (Dkt. No. 246) and instructed counsel as follows: (1) Dr. Effenberger to appear for deposition; (2) Deposition of Dr. Effenberger to be conducted in the courtroom of USDC Marshall; and, (3) Counsel to coordinate with Court staff for scheduling date and time for Dr. Effenberger's in-person deposition. |
| 11:21 AM | Mr. Dacus made inquiry with the Court re: resetting of jury selection in this case for July 7. Court informed counsel that the order of cases set for jury selection on July 7 and followed by trial will be designated by the Court at a later date. |
| 11:23 AM | Court adjourned. |