# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., § § *Plaintiff*, § § v. § § VERIZON COMMUNICATIONS, INC., § VERIZON BUSINESS NETWORK § SERVICES, INC., VERIZON ENTERPRISE § SOLUTIONS, LLC, CELLCO § PARTNERSHIP D/B/A VERIZON § WIRELESS, INC., VERIZON DATA § SERVICES LLC, VERIZON BUSINESS § GLOBAL LLC, VERIZON SERVICES § CORP. § *Defendants*. § _____ § § VERIZON BUSINESS NETWORK § SERVICES, INC., CELLCO PARTNERSHIP § D/B/A VERIZON WIRELESS, VERIZON § DATA SERVICES LLC, VERIZON § BUSINESS GLOBAL LLC, VERIZON § SERVICES CORP., AND VERIZON § PATENT AND LICENSING INC. § § *Counterclaim-Plaintiffs*, § v. § § HUAWEI TECHNOLOGIES CO. LTD., § HUAWEI TECHNOLOGIES USA, INC., § AND FUTUREWEI TECHNOLOGIES INC. § § *Counterclaim-* § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00030-JRG |

## ORDER

Before the Court is Plaintiff and Counterclaim-Defendants Huawei Technology Co., Ltd., Huawei Technology USA, Inc., and Futurewei Technologies, Inc.'s (collectively, "Huawei") Motion for Clarification (Dkt. No. 246) (the "Motion"). In the Motion, Huawei requests that the Court clarify its ruling made during the February 5, 2021 hearing (Dkt. No. 207) in which the Court ordered Huawei to produce a corporate representative to testify on topics 108 and 109 of Defendants and Counterclaim-Plaintiffs Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing, Inc.'s (collectively, "Verizon") Federal Rule of Civil Procedure 30(b)(6) deposition notice. The Court heard oral argument on the Motion on June 2, 2021.

Having consider the Motion and the parties' oral arguments, the Court finds that the Motion should be and hereby is **DENIED**. Accordingly, Plaintiff is **ORDERED** to prepare Dr. Frank Effenberger to testify on topics 108 and 109 of Verizon's Rule 30(b)(6) notice. In addition, the parties are **ORDERED** to conduct Dr. Effenberger's deposition at the Sam B. Hall, Jr. Federal Building and United States Courthouse at 100 E. Houston St., Marshall, Texas, and further to coordinate with the Court's staff in determining a mutually agreeable date for such deposition.

**So ORDERED and SIGNED this 3rd day of June, 2021.**
.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE