# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al. <br><br> Defendants. | **No. 2:20-cv-030-JRG** <br><br> Jury Trial Demanded |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., et al. <br><br> Counterclaim-Defendants. | |

**HUAWEI NOTICE UNDER 35 U.S.C. § 282**

Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. (collectively "Huawei") hereby provide notice provide written notice pursuant to 35 U.S.C. § 282 that they may rely at trial, a bench trial, or motion for judgement as a matter of law in this action on one or more of (i) the patents and publications listed below as showing the state of the art or otherwise supporting the subject matter ineligibility of the asserted claims of U.S. Patent Nos. 8,121,111 and 8,983,288 ("Verizon Asserted Patents").

| Author | Title | Date | Bates Number |
|---|---|---|---|
| ITU-T | ITU-T G.709/Y.1331 Recommendation | 03/2003 | HW-EDTX-00243826 or HW-EDTX-00612331 |
| IEEE | IEEE Standard 1588-2002, "Standard for a Precision Clock Synchronization Protocol for Networked Measurement and Control Systems" | 11/2002 | HW-EDTX-00005295 |
| NIST | NISTIR 7302 "Proceedings of the 2005 Conference on IEEE 1588 Standard for a Precision Clock Synchronization Protocol for Networked Measurement and Control Systems" | 12/2005 | HW-EDTX-00005565 |
| M. Laulainen et al | U.S. Patent No. 9,088,376 | Filed 10/2007 | HW-EDTX-00091372 |
| M. Laulainen et al | U.S. Provisional Application No. 66/829,982 | Filed 10/2006 | HW-EDTX-00209297 |
| M. Ghodrat et al | U.S. Patent Publication No. 2008/0151941 | Filed 12/2006 | HW-EDTX-00091360 |
| J. Edison | IEEE 1588: An Update on The Standard and Its Application, 38th Annual Precise Time and Time Interval (PTI) Meeting | 12/2006 | HW-EDTX-00909158 |
| J. Ferrant | Synchronisation in Telecom Networks | 11/2006 | HW-EDTX-00016573 |
| Tellabs Oy | Supporting Time synchronization (time-of-day) across a transmission network | 10/2006 | HW-EDTX-00006100 |
| Y. Ofek et al | U.S. Patent Publication No. 2002/0018475 | Published 02/2002 | HW-EDTX-00091490 |
| K. Edmison et al | U.S. Patent Publication | Published 06/2003 | HW-EDTX-00091631 |

1

In addition, Huawei may rely on the knowledge and expert testimony of Dr. Jose Melendez as set forth in his expert report on invalidity dated February 18, 2021, and the references cited therein, including the file histories of the Verizon Asserted Patents.

Dated: June 9, 2021                                     Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
acurry@caldwellcc.com
Justin T. Nemunaitis
Texas Bar No. 24065815
jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
(903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

**ATTORNEYS FOR PLAINTIFF/ COUNTERCLAIM DEFENDANT HUAWEI**

                                                **TECHNOLOGIES CO., LTD. AND COUNTERCLAIM DEFENDANTS HUAWEI TECHNOLOGIES USA, INC. AND FUTUREWEI TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 9th day of June, 2021.

                                                 */s/ Jason D. Cassady*
                                                 Jason D. Cassady