# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00030-JRG |
| | § | |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. | § | |
| *Defendants*. | § | |
| _____ | § | |
| | § | |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. | § | |
| *Counterclaim-Plaintiffs*, | § | |
| v. | § | |
| HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. | § | |
| *Counterclaim-Defendants*. | § | |

## ORDER

Before the Court is the parties' Joint Motion for Leave to Amend the Joint Pretrial Order (the "Motion") (Dkt. No. 433). In the Motion, the parties jointly request leave to amend their Proposed Joint Pretrial Order (Dkt. No. 403) to clarify and reduce the disputes at issue in the forthcoming pretrial conference and trial.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the parties' have leave to amend the Proposed Joint Pretrial Order (Dkt. No. 403) in accordance with the First Amended Pretrial Order attached as Exhibit A to the Motion.

**So ORDERED and SIGNED this 11th day of June, 2021.**

*[Signature]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE