IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., et al. <br><br> Defendants. | No. 2:20-cv-030-JRG <br><br> Jury Trial Demanded <br><br> ~~FILED UNDER SEAL~~ <br> PUBLIC VERSION |
| VERIZON BUSINESS NETWORK SERVICES, INC., et al. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., et al. <br><br> Counterclaim-Defendants. | |

**JOINT MOTION FOR LEAVE TO AMEND THE JOINT PRETRIAL ORDER**

The Parties hereby jointly file this Motion for Leave to Amend the Joint Pretrial Order. In accordance with the Court's instructions in the Second Amended Docket Control Order, Dkt. 275 at 6, the parties jointly request leave to amend their contentions as set forth in the First Amended Joint Pretrial Order attached hereto as Exhibit A. In addition to minor clerical edits, the amendments include: amendments by Verizon to its identification of prior art assertions; the dropping by Verizon of claims 6, 15, and 16 of the '111 and '288 patents; the dropping by Huawei of its assertion of the '433 patent (and corresponding dropping by Verizon of its related

1

defenses); the dropping by Huawei of its assertion of the '151 patent (and corresponding dropping by Verizon of its related defenses); the dropping by Huawei of its assertion of the '253 patent (and corresponding dropping by Verizon of its related defenses); and the dropping by Huawei of its invalidity defenses under 35 U.S.C. §§ 102, 103, and 112 against Verizon's asserted patents.[1]

The parties have good cause for these amendments because they are unopposed, and because they are necessary to clarify and to reduce the disputes at issue in the forthcoming pretrial conference and trial. For example, these amendments render moot certain pretrial motions currently pending before the court: Verizon's Partial Motion for Summary Judgment of Validity of the Verizon Asserted Patents (Dkt. 251); the portion of Huawei's Motion to Strike and Exclude Certain Portions of the Expert Testimony of Dr. Paul Prucnal (Dkt. 252) that relates to Dr. Prucnal's opinions on the priority date of the '111 patent; and the portion of Verizon's Motion to Exclude the Testimony of James E. Malackowski (Dkt. 260) that relates to the '253 patent.

For these reasons, the Parties respectfully request the Court grant this motion.

Dated: June 9, 2021                                Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636

---

[1] Huawei intends to pursue invalidity under Sections 102 and 103 via its *inter partes* review petitions.

acurry@caldwellcc.com
Justin T. Nemunaitis
Texas Bar No. 24065815
jnemunaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
(214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
**LOVE LAW FIRM**
P.O. Box 948
Henderson, Texas 75653
(903) 212-4444

David M. Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070


**ATTORNEYS FOR PLAINTIFF/
COUNTERCLAIM DEFENDANT HUAWEI
TECHNOLOGIES CO., LTD. AND
COUNTERCLAIM DEFENDANTS HUAWEI
TECHNOLOGIES USA, INC. AND
FUTUREWEI TECHNOLOGIES, INC.**


*/s/ Deepa Acharya*
Charles Verhoeven
charlesverhoeven@quinnemanuel.com
Brian Mack
brianmack@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Patrick Curran
patrickcurran@quinnemanuel.com

3

**QUINN EMANUEL URQUHART & SULLIVAN**
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone: 617-712-7100
Fax: 617-712-7200

Kevin Hardy
kevinhardy@quinnemanuel.com
Deepa Acharya
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN**
1300 I Street NW, Suite 900
Washington, D.C.  20005
Telephone: 202-538-8000
Fax: 202-538-8100

Deron R. Dacus
State Bar No.  00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR VERIZON COMMUNICATIONS INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel via electronic mail on June 9, 2021.

*/s/Jason D. Cassady*
Jason D. Cassady

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The undersigned certifies that the foregoing document is authorized to be filed under seal pursuant to the Protective Order submitted in this case.

                                              */s/ Jason D. Cassady*
                                              Jason D. Cassady

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Huawei and counsel for Verizon have conferred and that the relief requested herein is unopposed.

                                              */s/ Jason D. Cassady*
                                              Jason D. Cassady