# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. <br><br> *Defendants*. <br><br> VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> *Counterclaim-Plaintiffs*, <br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> *Counterclaim-Defendants*. | **CIVIL ACTION NO. 2:20-CV-00030-JRG** |

**MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 8, 2021**

**OPEN: 08:32 AM**                                                        **ADJOURN: 05:51 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF:<br>(to include Counterclaim-Plaintiffs) | See attached |
| ATTORNEYS FOR DEFENDANTS:<br>(to include Counterclaim-Defendants) | See attached |
| LAW CLERKS: | Thomas Derbish<br>Cason Cole<br>Will Nilsson |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 08:32 AM | Court opened. |
| 08:32 AM | Exhibits used prior day read into the record. |
| 08:34 AM | The Court set forth in the record the results from the chambers conference held yesterday evening following Day 1 of trial. |
| 08:36 AM | Mr. Cassady, on behalf of Huawei, set forth in the record those objections discussed in the chambers conference. |
| 08:37 AM | Jury entered the courtroom. |
| 08:38 AM | Cross examination of Mr. Miguel Dajer by Mr. Dacus. |
| 08:43 AM | Bench conference. |
| 08:44 AM | Bench conference concluded. |
| 08:44 AM | Cross examination of Mr. Miguel Dajer by Mr. Dacus, continued. |
| 09:09 AM | Redirect examination of Mr. Miguel Dajer by Mr. Cassady. |
| 09:19 AM | Bench conference. |
| 09:22 AM | Bench conference concluded. |
| 09:22 AM | Recross examination of Mr. Miguel Dajer by Mr. Dacus. |
| 09:27 AM | Additional redirect examination of Mr. Miguel Dajer by Mr. Cassady. |
| 09:30 AM | Additional recross examination of Mr. Miguel Dajer by Mr. Dacus. |
| 09:32 AM | Witness excused. |
| 09:32 AM | Ms. Blaies introduced the video deposition Mr. Brian Labelle. |
| 09:35 AM | Video deposition of Mr. Brian Labelle concluded. |
| 09:35 AM | Ms. Blaies introduced the video deposition Mr. Victor Moreno. |
| 09:36 AM | Video deposition of Mr. Victor Moreno concluded. |
| 09:37 AM | Ms. Blaies introduced the video deposition Mr. Wilbur Russ. |
| 09:39 AM | Video deposition Mr. Wilbur Russ concluded. |
| 09:39 AM | Jury excused for recess. |
| 09:39 AM | Recessed. |
| 09:54 AM | Court reconvened. |
| 09:56 AM | Jury entered the courtroom. |
| 09:56 AM | Witness sworn.  Direct examination of Mr. Bruce Schofield by Mr. Curry. |
| 10:26 AM | **Courtroom sealed.** |

| | |
|---|---|
| 10:27 AM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 10:32 AM | **Courtroom unsealed.** |
| 10:33 AM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 10:44 AM | **Courtroom sealed.** |
| 10:44 AM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 10:47 AM | **Courtroom unsealed.** |
| 10:48 AM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 11:20 AM | **Courtroom sealed.** |
| 11:20 AM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 11:32 AM | **Courtroom unsealed.** |
| 12:00 PM | Jury excused for lunch. |
| 12:01 PM | Court recessed for lunch. |
| 01:03 PM | Court reconvened. |
| 01:04 PM | Jury returned to courtroom. |
| 01:04 PM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 01:09 PM | **Courtroom sealed.** |
| 01:09 PM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 01:26 PM | **Courtroom unsealed.** |
| 01:26 PM | Direct examination of Mr. Bruce Schofield by Mr. Curry, continued. |
| 01:36 PM | Cross examination of Mr. Bruce Schofield by Mr. Verhoeven. |
| 01:50 PM | **Courtroom sealed.** |
| 01:50 PM | Cross examination of Mr. Bruce Schofield by Mr. Verhoeven, continued. |
| 01:59 PM | **Courtroom unsealed.** |
| 01:59 PM | Cross examination of Mr. Bruce Schofield by Mr. Verhoeven, continued. |
| 02:06 PM | Redirect examination of Mr. Bruce Schofield by Mr. Curry. |
| 02:10 PM | Recross examination of Mr. Bruce Schofield by Mr. Verhoeven. |
| 02:15 PM | Additional redirect examination of Mr. Bruce Schofield by Mr. Curry. |
| 02:16 PM | Witness excused. |
| 02:16 PM | Witness sworn.  Direct examination of Mr. James Malackowski by Mr. Love. |
| 02:29 PM | **Courtroom sealed.** |
| 02:29 PM | Direct examination of Mr. James Malackowski by Mr. Love, continued. |
| 02:53 PM | **Courtroom unsealed.** |
| 02:53 PM | Jury excused for afternoon break. |
| 02:54 PM | Recess. |
| 03:14 PM | Court reconvened. |
| 03:14 PM | Jury returned to courtroom. |
| 03:15 PM | Direct examination of Mr. James Malackowski by Mr. Love, continued. |
| 03:29 PM | Cross examination of Mr. James Malackowski by Mr. Dacus. |
| 03:50 PM | **Courtroom sealed.** |
| 03:50 PM | Cross examination of Mr. James Malackowski by Mr. Dacus, continued. |
| 04:05 PM | **Courtroom unsealed.** |
| 04:05 PM | Cross examination of Mr. James Malackowski by Mr. Dacus, continued. |
| 04:20 PM | Redirect examination of Mr. James Malackowski by Mr. Love. |
| 04:28 PM | **Courtroom unsealed.** |
| 04:28 PM | Redirect examination of Mr. James Malackowski by Mr. Love, continued. |

| | |
|---|---|
| 04:30 PM | Witness excused. |
| 04:30 PM | **Courtroom unsealed.** |
| 04:30 PM | Witness sworn.  Direct examination of Mr. Glenn Wellbrock, Verizon's corporate representative, by Mr. Caldwell. |
| 05:14 PM | Bench conference. |
| 05:14 PM | Bench conference concluded. |
| 05:14 PM | Cross examination of Mr. Glenn Wellbrock, Verizon's corporate representative, by Mr. Dacus. |
| 05:38 PM | Redirect examination of Mr. Glenn Wellbrock, Verizon's corporate representative, by Mr. Caldwell. |
| 05:48 PM | Recross examination of Mr. Glenn Wellbrock, Verizon's corporate representative, by Mr. Dacus. |
| 05:50 PM | Witness excused. |
| 05:50 PM | Plaintiff rested its case-in-chief. |
| 05:50 PM | Jury excused until tomorrow morning at 8:30 AM. |
| 05:51 PM | Court adjourned. |