# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00030-JRG |
| | § | |
| VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP. | § | |
| *Defendants*. | § | |
| | § | |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. | § | |
| *Counterclaim-Plaintiffs*, | § | |
| v. | § | |
| HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. | § | |
| *Counterclaim-Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff Huawei Technology Co., Ltd.'s ("Huawei") Opposed Motion to Seal the March 19, 2021 Hotline Hearing Transcript (Dkt. No. 324) (the "Motion"). In the Motion, Huawei requests that the Court seal the entirety of the transcript of the March 19, 2021 Hotline Hearing Transcript (Dkt. No. 242) because it purportedly reveals highly confidential information related to Huawei.

Having considered the motion and reviewed the underlying Hotline Hearing Transcript (Dkt. No. 242), and noting that Defendants Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing, Inc.'s (collectively, "Verizon") did not file a response opposing the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the entirety of the transcript of the March 19, 2021 Hotline Hearing Transcript (Dkt. No. 242) is **SEALED**.

So ORDERED and SIGNED this 9th day of July, 2021.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE