IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC., VERIZON BUSINESS NETWORK SERVICES, INC., VERIZON ENTERPRISE SOLUTIONS, LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC., VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Defendants. | No. 2:20-cv-00030-JRG <br><br><br> JURY TRIAL DEMANDED |
| VERIZON BUSINESS NETWORK SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON DATA SERVICES LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON SERVICES CORP., AND VERIZON PATENT AND LICENSING INC. <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA, INC., AND FUTUREWEI TECHNOLOGIES INC. <br><br> Counterclaim-Defendants. | |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)**

99998-76599/12843749.1

Plaintiff and Counterclaim-Defendant Huawei Technologies Co. Ltd. together with Counterclaim-Defendants Huawei Technologies USA, Inc. and Futurewei Technologies Inc. ("Huawei Parties"), and Defendants Verizon Communications Inc. and Verizon Enterprise Solutions, LLC together with Defendants and Counterclaim-Plaintiffs Verizon Business Network Services, Inc., Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. ("Verizon Parties"), by and through their undersigned counsel, hereby jointly move to dismiss pursuant to Rule 41(a)(2) and respectfully request that the Court dismiss all claims asserted by the Huawei Parties and the Verizon Parties in the above-captioned action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  July 11, 2021

Respectfully submitted,

*/s/ Jason D. Cassady*
Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Justin Nemunaitis
Texas Bar No. 24065815
Email: jnemunaitis@caldwellcc.com
CALDWELL CASSADY CURRY P.C.
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848

Gregory P. Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
LOVE LAW FIRM

        P.O. Box 948
        Henderson, Texas 75653
        Telephone: (903) 212-4444

*Attorneys for Plaintiff Huawei Technologies Co. Ltd., and Counterclaim Defendants Huawei Technologies USA, Inc., and Futurewei Technologies, Inc.*

By: */s/ Deron R. Dacus*
     Charles Verhoeven
     charlesverhoeven@quinnemanuel.com
     Brian Mack
     brianmack@quinnemanuel.com
     QUINN EMANUEL URQUHART & SULLIVAN
     50 California Street, 22nd Floor
     San Francisco, California  94111-4788
     Telephone: 415-875-6600
     Fax: 415-875-6700

     Patrick Curran
     patrickcurran@quinnemanuel.com
     QUINN EMANUEL URQUHART & SULLIVAN
     111 Huntington Ave, Suite 520
     Boston, Massachusetts 02199
     Telephone: 617-712-7100
     Fax: 617-712-7200

     Deepa Acharya
     deepaacharya@quinnemanuel.com
     Kevin Hardy
     kevinhardy@quinnemanuel.com
     QUINN EMANUEL URQUHART & SULLIVAN
     1300 I Street NW, Suite 900
     Washington, D.C.  20005
     Telephone: 202-538-8000
     Fax: 202-538-8100

     Deron R. Dacus
     State Bar No.  00790553
     The Dacus Firm, P.C.
     821 ESE Loop 323, Suite 430
     Tyler, TX 75701
     Phone: (903) 705-1117
     Fax: (903) 581-2543
     ddacus@dacusfirm.com

*Attorneys for Verizon Communications Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record is being served with a copy of the foregoing document via the Court's electronic filing system on this 11th day of July, 2021.

>*/s/ Jason D. Cassady*
>Jason D. Cassady

99998-76599/12843749.1