**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00030-JRG |
| | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| VERIZON BUSINESS NETWORK | § | |
| SERVICES, INC., VERIZON ENTERPRISE | § | |
| SOLUTIONS, LLC, CELLCO | § | |
| PARTNERSHIP D/B/A VERIZON | § | |
| WIRELESS, INC., VERIZON DATA | § | |
| SERVICES LLC, VERIZON BUSINESS | § | |
| GLOBAL LLC, VERIZON SERVICES | § | |
| CORP. | § | |
| *Defendants*. | § | |
| | § | |
| | § | |
| | § | |
| VERIZON BUSINESS NETWORK | § | |
| SERVICES, INC., CELLCO PARTNERSHIP | § | |
| D/B/A VERIZON WIRELESS, VERIZON | § | |
| DATA SERVICES LLC, VERIZON | § | |
| BUSINESS GLOBAL LLC, VERIZON | § | |
| SERVICES CORP., AND VERIZON | § | |
| PATENT AND LICENSING INC. | § | |
| | § | |
| *Counterclaim-Plaintiffs*, | § | |
| v. | § | |
| | § | |
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| HUAWEI TECHNOLOGIES USA, INC., | § | |
| AND FUTUREWEI TECHNOLOGIES INC. | § | |
| | § | |
| *Counterclaim-* | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL**

Before the Court is the parties' Joint Motion to Dismiss Pursuant to Rule 41(A)(2) (Dkt. No. 486) (the "Motion").   In the Motion, Plaintiffs and Counterclaim-Defendants Huawei Technologies Co. Ltd., Huawei Technologies USA, Inc., and Futurewei Technologies Inc. (the "Huawei Parties") and Defendants and Counterclaim-Plaintiffs Verizon Communications Inc., Verizon Enterprise Solutions, LLC, Verizon Business Network Services, Inc., Cellco Partnership D/B/A Verizon Wireless, Verizon Data Services LLC, Verizon Business Global LLC, Verizon Services Corp., and Verizon Patent and Licensing Inc. (the "Verizon Parties") request that the Court dismiss with prejudice all claims and counterclaims between any of the Huawei Parties and Verizon Parties in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having considered the Motion, and noting its joint nature, the Court find that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that all claims and counterclaims in the above-captioned case by and between any of the Huawei Parties and the Verizon Parties are hereby **DISMISSED WITH PREJUDICE**.  Each party to bear its own costs, expenses, and attorneys' fees.  The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 12th day of July, 2021.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE