IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.  §<br>    *Plaintiffs*,  §<br>  §<br>v.  §<br>  §<br>VERIZON COMMUNICATIONS, INC. et al  §<br>    *Defendants*.  §  | CASE NO.  2:20-cv-00030-JRG |

## REPORT OF SECOND MEDIATION

A second mediation session in the above-captioned case was conducted by David Folsom on Saturday, July 10, 2021, between Plaintiff, Huawei Technologies Co., Ltd., and defendants, Verizon Communications, Inc., Verizon Business Network Services, Inc., Verizon Enterprise Solutions, LLC, Cellco Partnership d/b/a Verizon Wireless, Inc., Verizon Data Services LLC, Verizon Business Global, LLC, Verizon Services Corp., Verizon Patent and Licensing Inc. The mediation session was successful.

Signed this 13th day of July 2021.

> */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 13th day of July 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom*
> David Folsom